1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| TERRIE PRITCHETT, | Case No.: CV 20-7917-DMG (JEMx) |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [22]** |
| v. | |
| HAWATMEH & HAWATMEH INC., a California Corporation; and DOES 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having reviewed and considered the documents before it, and good cause appearing,

**IT IS ORDERED THAT:**

Plaintiff Terrie Pritchett's ("Plaintiff") action against Defendant Hawatmeh & Hawatmeh Inc. ("Defendant") is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: February 16, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE